IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF THE  CASE NO. 3:18MJ167-SLO
SEARCH OF:
3908 Nicholas Road
Dayton, Ohio 45417

MOTION TO SEAL SEARCH WARRANT, APPLICATION, SUPPORTING AFFIDAVIT AND RETURN

Now comes the United States Attorney and moves this Court, pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, and the Court's inherent power to control papers filed with the Court, for a protective order sealing the Search Warrant, Application, Supporting Affidavit and Return until July 31, 2022.

In support of this Motion, the United States Attorney states:

1. An Order was issued on March 20, 2018.

2. That there is no Indictment or Information pending before any United States District Court which necessitates the disclosure of the Supporting Affidavit at this time.

3. Pursuant to Rule 12 of the Federal Rules of Criminal Procedure the proper time for moving to suppress evidence obtained pursuant to the search warrant is subsequent to the filing of an Indictment or Information and Arraignment thereon. Therefore, no prejudice would be caused to any defendant or potential defendant by the granting of this motion.

4. That the disclosure of certain information and statements contained in said documents would hamper an ongoing criminal investigation.

1

WHEREFORE, the United States of America respectfully requests that the Search Warrant, Application, Supporting Affidavit and Return be sealed and kept from public inspection until July 31, 2022.

    Respectfully submitted,

    KENNETH L. PARKER
    United States Attorney

    s/Brent G. Tabacchi
    BRENT G. TABACCHI (IL 6276029)
    Assistant United States Attorney
    Attorney for Plaintiff
    200 West Second Street, Suite 600
    Dayton, Ohio 45402
    Office: (937) 225-2910
    Fax: (937) 225-2564
    E-mail: Brent.Tabacchi@usdoj.gov